UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:14-CR-7-1H
4:14-CR-7-2H

UNITED STATES OF AMERICA )
)
v. ) ORDER
)
DAVID McARTHUR KING )
THOMAS LEE CUTHBERTSON, JR. )

Upon motion of the Government and for good cause shown, the
motion to dispose of evidence is hereby GRANTED. The Federal
Bureau of Investigation and New Bern Police Department are
authorized to destroy any and all evidence retained in this
matter pursuant to their regulations.

This the 5th day of February 2015.

MALCOLM J. HOWARD
Senior United States District Judge