```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                      EASTERN DIVISION

                    No. 4:14-CR-7-H-1
                    No. 4:16-CV-118-H
```

DAVID MCARTHUR KING,

       Petitioner,

                        ORDER

     v.

UNITED STATES OF AMERICA,

       Respondent.

For good cause having been shown upon the motion of Respondent, it is hereby

ORDERED that Petitioner is allowed 30 days from the filing of this order to file a supplemental 28 U.S.C. § 2255 motion or other response to the Supreme Court's decision in <u>Beckles v. United States</u>, __ S. Ct. __, No. 15-8544, 2017 WL 855781 (March 6, 2017).

It is further ORDERED that Respondent shall have 30 days from the filing of Petitioner's supplement to file a response, if any.

This 2nd day of May 2017.

                                                                                _____
                                                                                MALCOLM J. HOWARD
                                                                                Senior United States District Judge